# 🔥 MOUNTAIN STATE UNIVERSITY

## Graduate Application

After you have completed and submitted this application, contact the institutions you have attended and have the official transcripts to the following address:

Mountain State University
Attn: Tammy Toney
P.O. Box 9003
Beckley, WV 25802-9003

**International Students please use the Graduate Application in the International Student section.**

Red Text Indicates Required Fields.

The Following Fields are Required

- Permanent Address (State)
- Mailing Address (State)
- Email Address

## Personal Information

**Full Name**

| First | Last | Middle |
|---|---|---|
| KAMANI | GOVENDER | |

| Maiden Name/Other | Preferred Name |
|---|---|
| | |

Social Security Number (XXX-XX-XXXX)

**Permanent Address**

| PO Box or Street Address | City |
|---|---|
| 19390 Collins Ave Apt# 205A | SUNNY ISLES BE/ |

| County | State | Zip Code |
|---|---|---|
| MIAMI-DADE | FL | 33160 |

| Country |
|---|
| USA |

**Mailing Address**   ☑ Check this box if same as permanent address

| PO Box or Street Address | City |
|---|---|
| 19390 Collins Ave Apt# 205A | SUNNY ISLES BE/ |

EXHIBIT "A"

State University.

| County | State | Zip Code |
|---|---|---|
| MIAMI-DADE | FL | 33160 |

| Country | Effective from (mm/dd/yyyy) | |
|---|---|---|
| USA | NA | to NA. |

## Contact Information

| Home Phone | Work Phone | Email |
|---|---|---|
| 305-494-0535 | | kamanigovender@ |

## Additional Information

Employer (enter "NA" if not employed)
NA

Are you a veteran of the U.S. Armed Forces?
○ Yes   ● No

Do you plan to apply for financial aid?
● Yes   ○ No

## Academic Information

| When do you plan to enroll at MSU? | Semester | Year |
|---|---|---|
| | UPON ACCEPTANCE | 2009 |

Applying for:
● Degree   ○ NonDegree   ○ Transient Admission

Status:
● Full Time (6+ hours)   ○ Part Time (less than 6 hours)

Select from the following program options and indicate the location or method of delivery for which you are enrol

○ Master of Criminal Justice Administration

○ Master of Health Science

● Master of Arts/Master of Science in Interdisciplinary Studies

○ Master of Science in Nursing - Administration/Education

○ Master of Science in Nursing - Family Nurse Practitioner

○ Master of Science in Nursing - MSN

○ Master of Science in Nursing - Nurse Anesthesia CRNA

○ Master of Science in Physician Assistant
*Requires additional application materials and processes; see graduate catalog for details. Available only at the B*

○ Master of Science in Strategic Leadership
*Statewide; requires enrollment in a specific cohort*

○ Transient/NonDegree

Location or Method of Delivery
For Master of Criminal Justice Administration, Master of Health Science, or Master of Arts/Master of Science in Int
Studies, choose from the following locations.

○ Beckley  ● Distance

**For Master of Science in Nursing: Administration and Education; Master of Science in Nursing:Family Nurse Pract Certificate in Nursing:Family Nurse Practitioner, choose from the following locations.**

○ Beckley  ○ Martinsburg (selected courses only)

**For Master of Science in Strategic Leadership, select your Cohort location**

○ West Virginia Cohort

○ Hickory, NC

○ Martinsburg, WV

○ Orlando, FL

○ Virtual (Online)

**Master of Science in Physician Assistant is available only at the Beckley location**

**College or University in which bachelors degree earned**

Name
THOMAS EDISON STAT

Location (City and State)
TRENTON, NEW JERSEY

Degree(s) Earned
BACHELOR OF ARTS IN BIOLOGY

Dates Attended (mm/dd/yyyy)

from:   04/01/2006

to:   07/12/2007

**Have you taken any of the following standardized tests? If yes, please submit official score reports and dat**

☐ TOEFL                     Date                          Score

☐ AHPAT                     Date                          Score

☐ GMAT                      Date                          Score

☐ GRE                        Date                          Score

**General Information**

Are you eligible to return to all
colleges/universities you have attended?          ● Yes  ○ No

If no, please explain

Have you ever been convicted of a felony?        ○ Yes,  ● No

*Note: A felony conviction does not
automatically prohibit admission to the
University.*

If yes, please explain

## Statistical Information

Information collected in this section is used for statistical purposes only and will not be used in any way to determine
for admission.

Are you a U.S. Citizen?                           If no, what is your country of citizenship?
● Yes  ○ No

How did you learn of Mountain State University?
● MSU Website    ○ Visit to Campus    ○ Radio Ad
○ WVA            ○ High School Counselor    ○ TV Ad
○ Mailing        ○ High School Fair    ○ Other
○ Referral       ○ Newspaper

If "Other", please tells us how you heard about MSU:

Why did you choose MSU?
Also please provide us with any questions or
comments you may have:

Provides me with the ability to earn
a Master of Science in
Interdisciplinary Studies Degree with
a concentration in Biological
Sciences via distance learning

By submitting this form you are giving your college or university permission to provide Mountain State University
records necessary for the evaluation of your application.

*Note: All information obtained for data and reporting purposes will be kept in strict confidence between its source
of Graduate Studies, and the professional staff of the University.*

[ Submit Application ]        [ Clear Form ]

Legal Statement | ©2008 Mountain State University. All Rights Reserved. Mountain State University Is Authorized Under Federal Law To Enro

http://www.mountainstate.edu/prospective/enrollment/applications/graduate_application.aspx   2/5/2009

Mountain State University                                          Page 1 of 4

# ⟨ MOUNTAIN STATE UNIVERSITY

## Graduate Application

After you have completed and submitted this application, contact the institutions you have attended and have the official transcripts to the following address:

Mountain State University
Attn: Tammy Toney
P.O Box 9003
Beckley, WV 25802-9003

**International Students please use the Graduate Application in the International Student section.**

Red Text Indicates Required Fields.

> 
**Personal Information**
**Full Name**

| First | Last | Middle |
|---|---|---|
| DWANE | HUBBART | LAMAR |

| Maiden Name/Other | Preferred Name |
|---|---|
| N/A | N/A |

Social Security Number (XXX-XX-XXXX)
███████████

**Permanent Address**

| PO Box or Street Address | | City |
|---|---|---|
| 19390 Collins Ave Apt # 205A | | Sunny Isles Beach |

| County | State | Zip Code |
|---|---|---|
| MIAMI-DADE | FL | 33160 |

| Country |
|---|
| USA |

**Mailing Address** ☑ Check this box if same as permanent address

| PO Box or Street Address | | City |
|---|---|---|
| 19390 Collins Ave Apt # 205A | | Sunny Isles Beach |

| County | State | Zip Code |
|---|---|---|
| MIAMI-DADE | FL | 33160 |

| Country | Effective from (mm/dd/yyyy) |
|---|---|

USA                                   NA          to NA

## Contact Information

Home Phone                    Work Phone                          Email
305-494-0535                                                      dwanehubbart@aol

## Additional Information

Employer (enter "NA" if not employed)
NA

Are you a veteran of the U.S. Armed Forces?
 ○ Yes  ● No

Do you plan to apply for financial aid?
 ● Yes  ○ No

## Academic Information

When do you                    Semester                      Year
plan to enroll at MSU?         UPON ACCEPTANCE                2009

Applying for:
 ● Degree  ○ NonDegree  ○ Transient Admission

Status:
 ● Full Time (6+ hours)  ○ Part Time (less than 6 hours)

Select from the following program options and indicate the location or method of delivery for which you are enrol

 ○ Master of Criminal Justice Administration

 ○ Master of Health Science

 ● Master of Arts/Master of Science in Interdisciplinary Studies

 ○ Master of Science in Nursing - Administration/Education

 ○ Master of Science in Nursing - Family Nurse Practitioner

 ○ Master of Science in Nursing - MSN

 ○ Master of Science in Nursing - Nurse Anesthesia CRNA

 ○ Master of Science in Physician Assistant
*Requires additional application materials and processes, see graduate catalog for details. Available only at the Be*

 ○ Master of Science in Strategic Leadership
*Statewide, requires enrollment in a specific cohort*

 ○ Transient/NonDegree


Location or Method of Delivery
For Master of Criminal Justice Administration, Master of Health Science, or Master of Arts/Master of Science in Int
Studies, choose from the following locations

 ○ Beckley  ● Distance

For Master of Science in Nursing: Administration and Education, Master of Science in Nursing:Family Nurse Practi
Certificate in Nursing:Family Nurse Practitioner, choose from the following locations

**Mountain State University**                                    Page 3 of 4

○ Beckley  ○ Martinsburg (selected courses only)

**For Master of Science in Strategic Leadership, select your Cohort location**
○ West Virginia Cohort
○ Hickory, NC
○ Martinsburg, WV
○ Orlando, FL
○ Virtual (Online)

**Master of Science in Physician Assistant is available only at the Beckley location**

**College or University in which bachelors degree earned**

Name                                    Location (City and State)
THOMAS EDISON STAT                      TRENTON, NEW JERSEY

                                        Degree(s) Earned
Dates Attended (mm/dd/yyyy)             BACHELOR OF ARTS IN BIOLOGY

from:    04/01/2006

to:      05/07/2007

**Have you taken any of the following standardized tests?** If yes, please submit official score reports and dat

☐ TOEFL              Date                        Score

☐ AHPAT              Date                        Score

☐ GMAT               Date                        Score

☐ GRE                Date                        Score

**General Information**

Are you eligible to return to all
colleges/universities you have attended?      ⦿ Yes  ○ No

                                        If no, please explain

Have you ever been convicted of a felony?      ○ Yes  ⦿ No

Mountain State University                                                           Page 4 of 4

*Note: A felony conviction does not automatically prohibit admission to the University.*

If yes, please explain

## Statistical Information

Information collected in this section is used for statistical purposes only and will not be used in any way to deterr for admission.

Are you a U.S Citizen?                    If no, what is your country of citizenship?

◉ Yes  ○ No

How did you learn of Mountain State University?

◉ MSU Website    ○ Visit to Campus      ○ Radio Ad

○ WIA            ○ High School Counselor  ○ TV Ad

○ Mailing        ○ High School Fair      ○ Other

○ Referral       ○ Newspaper

If "Other", please tells us how you heard about MSU.

Why did you choose MSU?
Also please provide us with any quesitons or comments you may have.

Provides me with the ability to earn a Master of Science in Interdisciplinary Studies Degree with a concentration in Biological Sciences via distance learning

By submitting this form you are giving your college or university permission to provide Mountain State University records necessary for the evaluation of your application.

*Note: All information obtained for data and reporting purposes will be kept in strict confidence between its source of Graduate Studies, and the professional staff of the University.*

| Submit Application |   | Clear Form |

Programs | Financial Aid | Library | Mountain State University Academy | Contact Us | Job Listings | Emplo

304.929.INFO | 866.FOR.MSU1 | WEST VIRGINIA | PENNSYLVANIA | FLORIDA | NORTH CAROLINA | ONLINE | LOCATIO

Legal Statement | ©2008 Mountain State University. All Rights Reserved. Mountain State University is Authorized Under Federal Law To Enro Students. Mountain State University is Accredited By The Higher Learning Commission And A Member Of The North Central Association Www.Ncahigherlearningcommission.Org).

# Mountain State University™

**Graduate Registration Form**
**Fall 2008-09 Semester**

Last Name GOVENDER          First Name KAMANI          Middle Initial

Social Security Number ████████          Student ID# ████████

Address 9390 Collins Ave #205 A          Telephone Number 305-494-0535

City SUNNY ISES BCH          State FL          Zip Code 33160

Major MASTER OF SCIENCE IN          Concentration BIOLOGY
INTERDISCIPLINARY STUDIES

Ethnic Group (circle one): 1 Nonresident Alien    2 Black: Non-Hispanic    3 American Indian or Alaskan Native
(4 Asian or Pacific Islander)  5 Hispanic   6 White: Non-Hispanic   7 Unknown
Country of Citizenship: USA          Date of Birth: MARCH 21, 1976 Gender (circle one): (Female)  Male
Data will be used for statistical purposes only.

| Dept. Prefix | Course Number | Section Number | Course Name | Credit Hours | Credit Or Audit |
|---|---|---|---|---|---|
| G | IDS | 501 | METHODOLOGY | 3 | CREDIT |
| | | | | | |
| | | | | | |
| | | | | | |

**PROGRAM COSTS:**
$325.00 per credit hour for GIDS, GHLTH, GCJA coursework.

A monthly tuition payment plan is available. Payments may be made in equal installments each month. There will be a 1% finance charge applied to the unpaid balance calculated on the 15th of each month.

**METHOD OF PAYMENT FOR CHARGES (Check One)**

☐ Credit Card Payment

☐ Please bill my credit card for (check one):          ☐ First Monthly Payment  or      ☐ Full Amount

Credit Card Number and Name                    Expiration Date          $ Amount

✓ Please contact Student Accounts to make future monthly credit card payments

✓ Check, money order, or cashiers check for (check one):          * Payment plan to
✓ First Monthly Payment  or      Full Amount                    be set up
(Make check payable to Mountain State University)
Checks for subsequent payments should be mailed in time to meet monthly payment deadlines.

Other (check one):    ☐ Student Loan      ☐ Third Party Billing      ☐ Military Tuition Assistance

_Kamani Govender_ 03/20/09
Student's Signature          Date          Advisor's Signature          Date

EXHIBIT "B"

# ⛰ Mountain State University™

**Graduate Registration Form**
**Fall 2008-09 Semester**

Last Name: **HUBBART**  First Name: **DWANE**  Middle Initial: **L**

Social Security Number: ▓▓▓▓▓▓  Student ID#: ▓▓▓▓▓▓

Address: **19390 Collins Ave #205A**  Telephone Number: **305-494-0535**

City: **SUNNY ISLES BCH**  State: **FL**  Zip Code: **33160**

Major: **MASTER OF SCIENCE IN INTERDISCIPLINARY STUDIES**  Concentration: **BIOLOGY**

Ethnic Group (circle one): 1 Nonresident Alien  (2 Black, Non-Hispanic)  3 American Indian or Alaskan Native
4 Asian or Pacific Islander  5 Hispanic  6 White, Non-Hispanic  7 Unknown

Country of Citizenship: **USA**  Date of Birth: **August 19 1964**  Gender (circle one): Female  (Male)

*Data will be used for statistical purposes only*

| Dept. Prefix | Course Number | Section Number | Course Name | Credit Hours | Credit Or Audit |
|---|---|---|---|---|---|
| G | IDS | 501 | METHODOLOGY | 3 | CREDIT |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**PROGRAM COSTS:**
$325.00 per credit hour for GIDS, GHLTH, GCJA coursework

A monthly tuition payment plan is available. Payments may be made in equal installments each month. There will be a 1% finance charge applied to the unpaid balance calculated on the 15th of each month.

**METHOD OF PAYMENT FOR CHARGES** (Check One)

~~Credit Card Payment~~

~~Please bill my credit card for (check one): ___ First Monthly Payment or ___ Full Amount~~

~~Credit Card Number and Name~~  ~~Expiration Date~~  ~~$ Amount~~

*Please contact Student Accounts to make future monthly credit card payments*

✓ Check, money order, or cashiers check for (check one):  **＊ Payment plan to be set up.**

✓ First Monthly Payment  or  ~~Full Amount~~
(Make check payable to Mountain State University)
*Checks for subsequent payments should be mailed in time to meet monthly payment deadlines.*

~~Other (check one): ___ Student Loan ___ Third Party Billing ___ Military Tuition Assistance~~

Student's Signature: *Dwane Hubbart*  Date: **03/02/09**  Advisor's Signature: ____  Date: ____

EXHIBIT "C"

**OFFICIAL RECEIPT**

# Lydia Gardner

**Orange County Clerk of the Circuit and County Courts**
**Civil Division**
**425 North Orange Avenue, Suite 310**
**Orlando, FL 32802-4994**
**Phone (407) 836-2000 Fax (407) 836-2099**
**www.myorangeclerk.com**

**Tell us how we did!**
**Please go to the link below to complete our Customer Satisfaction Survey.**
**www.myorangeclerk.com - Click on the website survey.**

ayor
JSTOMER

Receipt No
**CV-2011-4405**

Transaction Date
06/30/201

| Description | Amount Paid |
|---|---|
| GOVENDER, KAMANI | |
| 2011-CA-007652-O | |
| GOVENDER, KAMANIet al. vs. MOUNTAIN STATE UNIVERSITY INC | |
| Copies | 19.00 |
| SUBTOTAL | 19.00 |
| Remaining Balance Due:  $0.00 | |

| | |
|---|---|
| **PAYMENT TOTAL** | **19.00** |
| Cash Tendered | 20.00 |
| Total Tendered | 20.00 |
| Change | 1.00 |

| 06/30/2011 | Cashier | Audit |
|---|---|---|
| 04:57 PM | Station CV5 | 26989426 |

**OFFICIAL RECEIPT**